UNITED STATES DISTRICT COURT **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP -7 P 1: 36

CLERK, US DISTRICT COURT
M.......................A

TOMY LEE BYRD,

                   Plaintiff,

v.                                    Case No. 3:03-cv535-J-20TEM

DEPUTY KEEN, et al.,

                   Defendants.

---

### ORDER OF DISMISSAL

The Court has been notified that the above-styled cause has been settled.  On August 3, 2006, the Court ordered the parties to immediately comply with all terms of the settlement agreement. Additionally, Defendants were ordered to notify the Court within fifteen days if Plaintiff failed to comply with the terms of the settlement agreement.  Defendants have not contacted the Court in the fifteen-day period.  Therefore, it is now

    **ORDERED:**

1.  Plaintiff's August 14, 2006, Motion for Enlargement of Time (Doc. #98) is **DENIED** as moot.

2. The above-styled cause is hereby **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this ⟶ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

sa 9/7
c:
Tomy Lee Byrd
Shawntoyia N. Grier, Esquire
Thomas A. Delegal, III, Esquire

2